THE STATE OF OHIO, APPELLANT, *v.* DEMPSEY, APPELLEE.

[Cite as *State v. Dempsey* (1998), 83 Ohio St.3d 107.]

(No. 98–7—Submitted August 19, 1998—Decided September 16, 1998.)

---

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, *L. Christopher Frey* and *Arthur A. Elkins,* Assistant Prosecuting Attorneys, for appellant.

*Philip J. Korey,* for appellee.

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.